# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

**ROBERT HAGOPIAN,**
16 Hagopian Ct.
Madison, ME 04950

**DUANE R. LANDER,**
P.O. Box 1113
Greenville, ME 04441

**STERLING B. ROBINSON,** and
1330 Atlantic Highway
Warren, ME 04864

**JAMES T. TRUDEL,**
616 Fuller Rd.
Hermon, ME 04401

      **Plaintiffs,**

 v.

**MATTHEW DUNLAP,** *in his official capacity as*
Secretary of State of Maine,
148 State House Station
Augusta, Maine 04333-0148

**AARON FREY**, *in his official capacity as*
Attorney General of Maine,
6 State House Station
Augusta, ME 04333

**JANET MILLS,** *in her official capacity as*
Governor of Maine,
#1 State House Station
Augusta, ME 04333

      **Defendants.**

Case No. _____

**DECLARATION OF DUANE R. LANDER IN SUPPORT OF PLAINTIFFS'
COMPLAINT AND MOTION FOR A PRELIMINARY INJUNCTION**

 I, Duane R. Lander, hereby declare as follows under the penalty of perjury.

1

1. The following statements are based on my personal knowledge, and if called to testify I could swear competently thereto.

2. I am 79 years old and of sound mind.

3. I am a citizen of the United States and of the State of Maine.

4. I reside at 12 Rail Lane, Harford's Point Twp., Maine, 04441, and my mailing address is P.O. Box 1113, Greenville, ME 04441 in Piscataquis County.

5. I am a United States Army veteran and retired engineer. I attended classes at the University of Maine, and I graduated from the Wentworth Institute of Technology in Massachusetts in 1963. I graduated from the Army School of Engineers in 1964, and I graduated from Bryant and Stratton Business School in Massachusetts in 1968.

6. I am an eligible Maine voter and am duly registered to vote in Maine's federal election.

7. I actively participate in Republican Party politics in my county. I have served as the Chairman for the Piscataquis County Republican Committee on several occasions. I served as a member of the Maine House of Representatives from 1984-1986. I was also a delegate on behalf of the State of Maine to the Republican National Conventions in 1992 and 1996.

8. I voted in the 2018 election for Maine's Second Congressional Election ("2018 Congressional Election").

9. I was very confused about the way the ranked-choice voting system works.

10. In the 2018 Congressional Election, I cast my ballot for Bruce Poliquin in each round. In other words, I filled in the "circle" for Poliquin 4 times. I did not want to vote for any other candidate.

11. My understanding was that I needed to fill in each circle for Poliquin to ensure that my vote was counted. I understood that if I only filled in the first circle for Poliquin, my vote would not be counted. I know many people that voted this way, and my understanding was that their votes were not counted.

12. I did not understand how votes for other candidates would be counted. I certainly did not understand that Poliquin could receive the highest number of votes in the first round and lose in the second round. I still do not understand how votes for other candidates could be recounted as votes for the eventual winner, Jared Golden. The significance of a vote for another candidate was never explained to me prior to my vote.

13. Since the 2018 Congressional Election, I have attempted to better understand ranked-choice voting. Among other things, I have had multiple conversations with experts in ranked-choice voting.

14. I plan to vote in Maine's 2020 Senate election ("2020 Senatorial Election").

15. Now that Sara Gideon will be the Democratic nominee for Senate, I plan to vote for Susan Collins in the 2020 Senatorial Election.

16. Based on my current understanding of ranked-choice voting, in order to ensure that my vote is counted, I still understand that I must fill in the "circle" for Susan Collins for each round, which I plan to do.

17. I do not want to vote for Ms. Gideon or any of the other independent candidates. I also want to ensure that my vote is counted.

18. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Duane R. Lander
Duane R. Lander

July 20, 2020
Date

4