# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT HAGOPIAN,**<br>16 Hagopian Ct.<br>Madison, ME 04950<br><br>**DUANE R. LANDER,**<br>P.O. Box 1113<br>Greenville, ME 04441<br><br>**STERLING B. ROBINSON,** and<br>1330 Atlantic Highway<br>Warren, ME 04864<br><br>**JAMES T. TRUDEL,**<br>616 Fuller Rd.<br>Hermon, ME 04401<br><br>      **Plaintiffs,**<br><br> v.<br><br>**MATTHEW DUNLAP,** *in his official capacity as*<br>Secretary of State of Maine,<br>148 State House Station<br>Augusta, Maine 04333-0148<br><br>**AARON FREY,** *in his official capacity as*<br>Attorney General of Maine,<br>6 State House Station<br>Augusta, ME 04333<br><br>**JANET MILLS,** *in her official capacity as*<br>Governor of Maine,<br>#1 State House Station<br>Augusta, ME 04333<br><br>      **Defendants.** | Case No. _____ |

**DECLARATION OF JAMES T. TRUDEL IN SUPPORT OF PLAINTIFFS' COMPLAINT AND MOTION FOR A PRELIMINARY INJUNCTION**

 I, James T. Trudel, hereby declare as follows under the penalty of perjury.

1

1. The following statements are based on my personal knowledge, and if called to testify I could swear competently thereto.

2. I am 73 years old and of sound mind.

3. I am a citizen of the United States and of the State of Maine.

4. I reside at 616 Fuller Rd, Hermon, ME 04401 in Penobscot County.

5. I am a retired Lieutenant Colonel of the Maine Air National Guard and former electrical engineer.

6. I received a Bachelor of Science in Electrical Engineering Technology from the University of Maine in Orono in 1984.

7. I am an eligible Maine voter and am duly registered as an Independent to vote in Maine's federal elections.

8. I voted in the 2018 election for Maine's Second Congressional Election ("2018 Congressional Election").

9. In the 2018 Congressional Election, I cast my ballot for Bruce Poliquin in the first round, followed by each of the other candidates in the subsequent rounds. I ranked Jared Golden last.

10. I completed my ballot in this manner to ensure that my vote was counted and to put additional candidates between my first choice, Bruce Poliquin, and my last choice, Jared Golden.

11. Bruce Poliquin was the only candidate I truly supported.

12. I did not wish to express support for the other candidates because they stood for principles that violated my political convictions.

13. However, I understood that if Bruce Poliquin was eliminated, my ballot would be discarded if I did not vote in additional rounds.

14. Accordingly, I voted for candidates other than Bruce Poliquin to ensure that my ballot was counted and to prevent Jared Golden from being elected.

15. Were it not for ranked-choice voting, I would not have supported candidates other than Bruce Poliquin.

16. I plan to vote in Maine's 2020 Senate election ("2020 Senatorial Election").

17. In the 2020 Senatorial Election, I once again want to ensure that my vote will be counted.

18. I therefore plan to rank Susan Collins first, followed by the independent candidates, followed last by Sara Gideon.

19. I do not support Sara Gideon or the independent candidates. However, I will rank them on my ballot to ensure that it is counted.

20. As a result, I will have to once again violate my political convictions in order to ensure that my vote is counted.

21. I declare under penalty of perjury that the foregoing is true and correct.


/s/ James T. Trudel
James T. Trudel


July 21, 2020
Date