# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| ROBERT HAGOPIAN,<br><br>DUANE R. LANDER,<br><br>STERLING B. ROBINSON, and<br><br>JAMES T. TRUDEL<br><br>    *Plaintiffs*,<br><br>   v.<br><br>MATTHEW DUNLAP, in his official capacity as Secretary of State of Maine,<br><br>AARON FREY, in his official capacity as Attorney General of Maine, and<br><br>JANET MILLS, in her official capacity as Governor of Maine,<br><br>    *Defendants*. | Civil Action No. 1:20-cv-257 |

## NOTICE OF AMENDED EXPERT REPORT BY PROFESSOR NOLAN MCCARTY

Plaintiffs Robert Hagopian, Duane R. Lander, Sterling B. Robinson, and James T. Trudel ("Plaintiffs"), by counsel, hereby provide notice of filing of the Amended Expert Report of Professor Nolan McCarty. The Amended Expert Report addresses two items that were not included in the initial Expert Report, which was filed as "Exhibit A" to the Complaint on July 22, 2020: (1) an analysis of ranked-choice voting data for the 2020 Second Congressional District Republican primary election, which was made available late in the day on July 21, 2020; and (2) a corrected regression analysis on the statistical relationship between age, voter-education, and exhausted ballots.

The Amended Expert Report is attached hereto as **Exhibit A**, and a red-line version of the Amended Expert Report noting all changes made to the initial Expert Report is attached hereto as **Exhibit B**.

Respectfully submitted,

July 27, 2020

By: /s/ Stephen J. Obermeier

Michael E. Toner *
Stephen J. Obermeier*
Brandis L. Zehr*
Jeremy J. Broggi*
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Telephone: 202-719-7000
MToner@wiley.law
SObermeier@wiley.law
BZehr@wiley.law
JBroggi@wiley.law

Fred W. Bopp III
**Bopp & Guecia**
298 Main Street
Yarmouth, ME 04096
Telephone: 207-846-6111
fbopp@boppguecia.com

*Counsel for Plaintiffs*

*\*Certifications for Admission Pro Hac Vice Filed July 23, 2020*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants identified in the CM/ECF electronic filing system for this matter.

/s/ Stephen J. Obermeier
Stephen J. Obermeier