# **EXHIBIT 1**

# **SUMMARY REPORT OF RCV RESULTS FOR CONGRESSIONAL DISTRICT 2 (NOV. 2018)**

| | Report Name | Summary Report |
|---|---|---|
| | Election Name | General Election |
| | Election Date | 11.06.18 |
| | Office Title | Congressional District 2 |

| | Round 1 | | | Round 2 | | |
|---|---|---|---|---|---|---|
| Candidate Names | Votes | Percentage | Transfer | Votes | Percentage | Transfer |
| Bond, Tiffany L. | 16552 | 05.71% | -16552 | 0 | 00.00% | 0 |
| DEM Golden, Jared F. | 132013 | 45.58% | 10427 | 142440 | 50.62% | 0 |
| Hoar, William R.S. | 6875 | 02.37% | -6875 | 0 | 00.00% | 0 |
| REP Poliquin, Bruce | 134184 | 46.33% | 4747 | 138931 | 49.38% | 0 |
| **Ballot Exhausted** | | | | | | |
| By Overvotes | 435 | | 98 | 533 | | 0 |
| By Undervotes | 6018 | | 7820 | 13838 | | 0 |
| By Exhausted Choices | 0 | | 335 | 335 | | 0 |
| Continuing Ballots | 289624 | | 0 | 281371 | | 0 |
| TOTAL | 296077 | | 0 | 296077 | | 0 |
| Winning threshold by round | 144813 | | | 140686 | | |

Generated: 11/21/2018 19:36

Total = Ballot Exhausted by Overvotes + Ballot Exhausted by Undervotes + Exhausted Ballot + Continuing Ballots

Winning Threshold = [Continuing ballots/(Vote for [number] +1)] + 1

"*" symbol signifies elimination due to Tie Resolution.