# EXHIBIT 2A

# ELECTION DATA
# GENERAL ELECTIONS
# (2010-2020)

General Election Data

| Electoral Office | Date of Election | Type of Ballot | # of candidates on ballot | Total # ballots cast | # of Blank votes | % blank votes |
|---|---|---|---|---|---|---|
| **U.S. Senate** | Nov. 6, 2018 | RCV | 3 | 646,064 | 11,655 | 1.8% |
| | Nov. 4, 2014 | plurality | 2 | 616,967 | 12,959 | 2.1% |
| | Nov. 6, 2012 | plurality | 6 | 724,720 | 24,121 | 3.3% |
| **Congressional District 1** | Nov. 6, 2018 | RCV | 3 | 349,963 | 7,910 | 2.3% |
| | Nov. 8, 2016 | plurality | 2 | 406,942 | 14,551 | 3.6% |
| | Nov. 4. 2014 | plurality | 3 | 321,987 | 13,089 | 4.1% |
| | Nov. 6, 2012 | plurality | 2 | 380,715 | 15,912 | 4.2% |
| | Nov. 2, 2010 | plurality | 2 | 305,458 | 7,801 | 2.6% |
| **Congressional District 2** | Nov. 6, 2018 | RCV | 4 | 296,077 | 6,453 | 2.2% |
| | Nov. 8, 2016 | plurality | 2 | 364,886 | 12,703 | 3.5% |
| | Nov. 4, 2014 | plurality | 3 | 294,980 | 11,532 | 3.9% |
| | Nov. 6, 2012 | plurality | 2 | 343,908 | 14,910 | 4.3% |
| | Nov. 2, 2010 | plurality | 2 | 275,087 | 8,376 | 3.0% |
| **Governor** | Nov. 6, 2018 | plurality | 3 | 646,013 | 15,346 | 2.4% |
| | Nov. 4, 2014 | plurality | 3 | 616,967 | 5,740 | 0.9% |
| | Nov. 2, 2010 | plurality | 5 | 580,538 | 7,772 | 1.3% |