# **EXHIBIT 2B**

# **ELECTION DATA PRIMARY ELECTIONS (2010-2020)**

Primary Election Data

| Electoral Office | Date of Primary Election | Party | Type of Ballot | # of Candidates in race | Total # Ballots Cast | # Blank votes | % blank votes |
|---|---|---|---|---|---|---|---|
| **U.S. Senate** | July 14, 2020 | Republican | RCV | 1 | 99,033 | 10,585 | 10.7% |
| | | Democratic | RCV | 4 | 173,292 | 10,611 | 6.1% |
| | June 12, 2018 | Republican | plurality | 1 | 101,585 | 41,732 | 41.1% |
| | | Democratic | plurality | 1 | 132,795 | 42,955 | 32.3% |
| | June 10, 2014 | Republican | plurality | 1 | 62,313 | 8,282 | 13.3% |
| | | Democratic | plurality | 1 | 65,085 | 17,176 | 26.4% |
| | June 12, 2012 | Republican | plurality | 6 | 73,564 | 3,218 | 4.4% |
| | | Democratic | plurality | 4 | 60,515 | 8,574 | 14.2% |
| **Congressional District 1** | July 14, 2020 | Republican | plurality | 1 | 40,493 | 9,369 | 23.1% |
| | | Democratic | plurality | 1 | 110,110 | 7,337 | 6.7% |
| | June 12, 2018 | Republican | plurality | 1 | 50,260 | 9,581 | 19.1% |
| | | Democratic | plurality | 1 | 81,991 | 7,615 | 9.3% |
| | June 14, 2016 | Republican | plurality | 2 | 22,955 | 2,292 | 10.0% |
| | | Democratic | plurality | 1 | 31,052 | 2,909 | 9.4% |
| | June 10, 2014 | Republican | plurality | 1 | 25,416 | 8,355 | 32.9% |
| | | Democratic | plurality | 1 | 34,792 | 3,842 | 11.0% |
| | June 12, 2012 | Republican | plurality | 2 | 37,172 | 8,254 | 22.2% |
| | | Democratic | plurality | 1 | 35,803 | 6,277 | 17.5% |
| **Congressional District 2** | July 14, 2020 | Republican | RCV | 3 | 58,506 | 5,945 | 10.2% |
| | | Democratic | plurality | 1 | 63,164 | 5,446 | 8.6% |
| | June 12, 2018 | Republican | plurality | 1 | 51,325 | 8,278 | 16.1% |
| | | Democratic | RCV | 4 | 50,845 | 5,526 | 10.9% |
| | June 14, 2016 | Republican | plurality | 1 | 22,877 | 3,625 | 15.8% |
| | | Democratic | plurality | 1 | 21,892 | 2,889 | 13.2% |
| | June 10, 2014 | Republican | plurality | 2 | 36,897 | 2,174 | 5.9% |
| | | Democratic | plurality | 2 | 30,293 | 2,271 | 7.5% |
| | June 12, 2012 | Republican | plurality | 2 | 36,392 | 5,224 | 14.4% |
| | | Democratic | plurality | 1 | 24,712 | 2,817 | 11.4% |
| **Governor** | June 12, 2018 | Republican | RCV | 4 | 101,585 | 7,203 | 7.1% |
| | | Democratic | RCV | 7 | 132,250 | 6,111 | 4.6% |

Primary Election Data

| | June 10, 2014 | Republican | plurality | 1 | 62,313 | 11,457 | 18.4% |
| | | Democratic | plurality | 1 | 65,085 | 8,799 | 13.5% |