# EXHIBIT 4

# RCV INSTRUCTION POSTER

# State of Maine Instructions for Voters: Marking a Ranked-choice Voting Contest

- Make only one choice per column
- Do not skip columns
- Rank as many or as few candidates as you would like

## How Your Ballot Will Be Counted

- On election night, the local election officials will count the 1st choices on all the ballots and report the results to the Secretary of State

- If no candidate wins a majority of the 1st choice votes, the ballots or memory devices containing the results will be brought to the counting facility in Augusta, to complete the RCV counting process

- Your vote counts for your 1st choice as long as the candidate has not been defeated (because of having the least votes in any round)

- If your 1st choice candidate is defeated, your 2nd choice will be counted, and so on







- Select your 1st choice candidate and fill in the oval next to that candidate's name in the 1st choice column

- You do **not** have to rank all the candidates - your ballot will be counted even if you only rank 1 candidate for an office

- Marking all the rankings for the same candidate is counted the same as a single 1st choice vote for this candidate, as in the example above

- If you have a 2nd choice candidate, fill in the oval next to that candidate's name in the 2nd choice column

- You may rank other candidates in the same manner until you have ranked all the candidates you would like

- If you skip a single ranking, the ranking after the single skipped ranking will be moved up and counted during the RCV counting process









- Do **not** rank more than one candidate for the same ranking choice (in the same column)

- This is called an "over-vote" because 2 candidates have been ranked the same

- It is not possible to know which candidate the voter really wants, so the over-vote and later rankings cannot be counted

- If you skip two rankings in a row, rankings after the two skipped rankings will not be counted

- If you skip a 1st choice ranking, your vote will be counted as a blank on Election Night

- The 2nd choice will be moved up and counted as the 1st choice during the RCV counting process