# EXHIBIT 3

# SAMPLE BALLOT
# REPUBLICAN PRIMARY
# JULY 14, 2020

SS District 4    SR District 119                                      Style No. 1R

# State of Maine Sample Ballot
## Republican Primary Election, July 14, 2020
for

Abbot, Blanchard Twp, Guilford, Monson, Parkman, Sangerville, Shirley, T10 R15 WELS, T2 R10 WELS, T2 R13 WELS, Willimantic

## Instructions to Voters

To vote for the candidate of your choice, fill in the oval to the right, like this: ●

To vote for a Write-in candidate, fill in the oval to the right of the Write-in space and write in the person's name.

To have your vote count, do not erase or cross out your choice.

If you make a mistake, ask for a new ballot.

### U.S. Senator
Vote for One

○ Collins, Susan Margaret
Bangor

○ Write-in

### State Senator
District 4
Vote for One

○ Davis, Paul T., Sr.
Sangerville

○ Thomas, Douglas A.
Ripley

○ Write-in

### Rep. to the Legislature
District 119
Vote for One

○ Stearns, Paul A.
Guilford

○ Write-in

### Judge of Probate
Piscataquis County
Vote for One

● Nessmann, Gerald S.
Sebec

○ Write-in

**Turn Over for Additional Contests**

SS District 4    SR District 119                                                     Style No. 1R

## State of Maine Sample Ballot
## Republican Primary Election, July 14, 2020

To vote, fill in the oval like this ●

To rank your candidate choices, fill in the oval:

- In the 1st column for your 1st choice candidate.
- In the 2nd column for your 2nd choice candidate, and so on.

Continue until you have ranked as many or as few candidates as you like.

Fill in no more than one oval for each candidate or column.

There are no declared write-in candidates for the ranked-choice contest(s), so there is no write-in oval provided.

| Rep. to Congress District 2 | 1st Choice | 2nd Choice | 3rd Choice |
|---|---|---|---|
| Bennett, Adrienne<br>Bangor | ○ | ○ | ○ |
| Brakey, Eric L.<br>Auburn | ○ | ○ | ○ |
| Crafts, Dale John<br>Lisbon | ○ | ○ | ○ |

**Turn Over for Additional Contests**