UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

ROBERT HAGOPIAN, *et al.*,

        *Plaintiffs*,

    v.

MATTHEW DUNLAP, *et al.*,

        *Defendants*.

Civil Action No. 1:20-cv-00257-LEW

### NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Robert Hagopian, Duane R. Lander, Sterling B. Robinson, and James T. Trudel, by undersigned counsel, hereby notice their voluntarily dismissal of this action without prejudice.

Respectfully submitted,

August 19, 2020

By: /s/ Fred W. Bopp III
Fred W. Bopp III
**BOPP & GUECIA**
298 Main Street
Yarmouth, ME 04096
Telephone: 207-846-6111
fbopp@boppguecia.com

Michael E. Toner*
Stephen J. Obermeier*
Brandis L. Zehr*
Jeremy J. Broggi*
**WILEY REIN LLP**
1776 K Street NW
Washington, DC 20006
Telephone: 202-719-7000
MToner@wiley.law
SObermeier@wiley.law

*Counsel for Plaintiffs*

*Certifications for Admission Pro Hac Vice Filed July 23, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2020, a true and correct copy of the foregoing Notice was electronically filed with the Clerk of the Court through the CM/ECF system, causing service to be effected on all registered counsel of record for all parties via CM/ECF and is available for viewing and downloading from the CM/ECF system.

s/ Fred W. Bopp III
Fred W. Bopp III
